## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHAN-I: SAVAGE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-1114** |
| **v.** | : | |
| | : | |
| **(ASSISTANT DISTRICT** | : | |
| **ATTORNEY) LEDERER** *et al.*, | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 12th day of April, 2019, upon consideration of Plaintiff Rashan-I: Savage's Amended Complaint (ECF No. 7), it is hereby **ORDERED** that:

1.      The Amended Complaint is **DISMISSED with prejudice** as to Defendants City of Philadelphia and "9th District of Phila. Police Dept." for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2.      All further proceedings against the remaining Defendants, Transit Officer Camburn and Transit Officer Rooney, are **STAYED** until Savage informs the Court that his related criminal cases, *Commonwealth v. Savage*, Docket No. CP-51-CR-0003098-2018 (Philadelphia Cty. Common Pleas) and *Commonwealth v. Savage*, Docket No. CP-51-CR-3253-2018, have been resolved, including any available appellate proceedings.

3.      The Clerk of Court shall **TRANSFER** this case to the civil suspense file.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*