# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RASHAN-I: SAVAGE** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 19-1114** |
| **v.** | : | |
| | : | |
| **LEDERER,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 1ˢᵗ day of May 2024, upon consideration of Defendants' *motion for summary judgment*, (ECF 86), and Plaintiff's response in opposition, (ECF 87), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1.  Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's Fourth amendment and Fifth Amendment Takings Clause claims; and

2.  Plaintiff's First Amendment and Fifth Amendment *Miranda*-based claims are **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Accordingly, **JUDGMENT** is entered in favor of Defendants Sean Camburn and Stephen Rooney and against Plaintiff Rashan-I: Savage.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*